FILED: May 27, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2073
(3:23-cv-00866-MHL)

_____

RICHARD P. HARROLD

Plaintiff - Appellant

v.

LEWIS J. HAGEN, individually and in his official capacity as an Officer of the
Chesterfield County Police Department, Chesterfield County, Virginia

Defendant - Appellee

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge

requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge King, Judge Harris, and Judge

Richardson.

For the Court

/s/ Nwamaka Anowi, Clerk